Carlos Sebedra v. The State.

No. 1363.    Decided November 8, 1911.

**Robbery—Statement of Facts—Extensions.**

Where the statement of facts and bills of exception were not filed within thirty days after the adjournment of the District Court, and the extensions allowed thereafter, the same could not be considered on appeal.

Appeal from the District Court of El Paso. Tried below before the Hon. James R. Harper.

Appeal from a conviction of robbery; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of robbery, his punishment being assessed at five years confinement in the penitentiary.

The Assistant Attorney-General moves to strike out the statement of facts. There are no bills of exception in the record. We are of opinion that the statement of facts should not be considered. The court adjourned on the 29th of April, thirty days being allowed in which to file the statement of facts and bills of exception. This was not done within the time allowed, and an extension of ten days was granted on the 29th of May. This expired on the night of the 8th of June. The statement of facts was not filed until the 13th of June. The record fails to show that any further extension of time was ordered, and there is nothing in the record to indicate why the statement of facts was not filed within the time allowed. The motion of the Assistant Attorney-General, therefore, is well taken. Eliminating the statement of facts, the record presents no error for which it requires a reversal.

The judgment is therefore affirmed.

*Affirmed.*